UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE GARCIA-ESPINOSA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON WIRELESS, LLC,,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00978 --- JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED DUE TO HIS FAILURE TO PROSECUTE |

On June 26, 2015, Plaintiff initiated this action in which he claims that Defendant committed various unlawful acts related to collecting a debt. (Doc. 1)  The Court issued the summons on June 29, 2015. (Doc. 3)  When Plaintiff did not file proof of service of the summons and Defendant had not appeared, on October 1, 2015, the Court ordered Plaintiff to "file proof that she has served the summons and complaint on Defendant Verizon Wireless, Inc. Alternatively, Plaintiff SHALL show cause why the matter should not be dismissed based upon her failure to comply with Fed. R. Civ. P. 4(m)." (Doc. 6)  On October 23, 2015, Plaintiff filed a proof of service indicated that Defendant was personally served on July 20, 2015. (Doc. 7)  Despite the passage of more than three months since service of process, Defendant has not appeared and Plaintiff has not sought default.  Therefore, the Court **ORDERS**:

　　1.　　No later than December 4, 2015, Plaintiffs **SHALL** show cause in writing why the matter should not be dismissed due to his failure to prosecute it.  Alternatively, by December 4, 2015,

1

Plaintiff may seek default against Defendant or explain why he does not believe doing so is appropriate at this time;

    2.    The status conference re: consent/initial scheduling conference is continued to **January 15, 2016** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **November 20, 2015**           **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE