UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE GARCIA-ESPINOSA, ) | Case No.: 1:15-cv-00978 --- JLT |
| ) | |
| Plaintiff, ) | ORDER CLOSING CASE |
| ) | |
| v. ) | |
| ) | |
| VERIZON WIRELESS, LLC,, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On December 4, 2015, Plaintiff filed a notice of voluntary dismissal of the entire action. (Doc. 9) The notice relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required for  the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).   No defendant has answered or appeared in this action.

///

///

///

///

Based upon the foregoing, the Court **ORDERS**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: **December 7, 2015**                    **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

2